*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODELL,<br><br>            Petitioner,<br><br>  vs.<br><br>G. SWARTHOUR, Warden,<br><br>            Respondent. | No. C 10-3262 RMW (PR)<br><br>ORDER DENYING MOTION TO AMEND PETITION AS UNNECESSARY<br><br>(Docket No. 4) |

      Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 20, 2010, the court dismissed claims 1, 14, 15, 16, and 17 for failure to state a claim, and directed the respondent to show cause why the petition should not be granted. On September 30, 2010, petitioner filed a motion to amend his petition, requesting permission to amend the dismissed claims.

      Petitioner's motion to amend his petition is DENIED as unnecessary at this time. The Civil Rule governing pleading amendments, Federal Rule of Civil Procedure 15, made applicable to habeas proceedings by 28 U.S.C. § 2242, Federal Rule of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11, allows amendments with leave of court any time during a proceeding. Mayle v. Felix, 545 U.S. 644, 654-55 (2005) (citing Fed. R. Civ. P. 15(a)). Before a responsive pleading is served, pleadings may be amended once as a matter of course, i.e., without seeking court leave. Id. at 655. Respondent has not yet filed a responsive pleading and

1  petitioner has not yet filed any amendments to his petition.  Thus, at this time, petitioner need not
2  request permission from the court to file an amended petition.  See id.
3      If petitioner wishes to file an amended petition, he may do so without seeking leave of
4  court, provided that he does so before any responsive pleading is served.  Petitioner is advised,
5  that generally, amendment of a petition constitutes waiver of any omitted arguments or claims
6  from previous versions of the petition.  See Sechrest v. Ignacio, 549 F.3d 789, 804 (9th Cir.
7  2008).  In other words, the filing of a new petition cancels out and waives any claims from the
8  old petition.  Id.
9      This order terminates docket no. 4.
10     IT IS SO ORDERED.
11 DATED: 11/30/10
12 RONALD M. WHYTE
   United States District Judge